No. 76–5205. COLLINS v. EGELER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 76–5214. MIERA v. AARON. C. A. 10th Cir. Certiorari denied.

No. 76–5215. BOYD v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–5217. JOHNSON v. UNITED STATES. Ct. Cl., Certiorari denied.

No. 76–5218. JOHNSON v. HAVENER, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 76–5230. BOYER v. BOYER. Sup. Ct. Ohio. Certiorari denied.

No. 76–5232. BROWNING v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–5243. WESTBERRY v. OLIVER, WARDEN, ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–5290. THOMAS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 76–5331. EPPS v. SMITH, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 75–1420. ROUNDHOUSE CONSTRUCTION CORP. v. TELESCO MASONS SUPPLIES CO. ET AL. Sup. Ct. Conn. Certiorari denied, it appearing that judgment below rests upon an adequate state ground. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would grant certiorari.